In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 21-14197

_____

RASHAD BAKER,
on behalf of himself and all other similarly situated,
RACHAEL LEONARD,
on behalf of herself and all others similarly situated,
ZELMA STOVALL,
on behalf of herself and all others similarly situated,

                                        Plaintiffs-Appellants,

*versus*

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

                                        Defendant-Appellee.

_____

Appeal from the United States District Court
for the Middle District of Georgia
D.C. Docket No. 4:19-cv-00014-CDL

_____

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: August 18, 2022

For the Court: DAVID J. SMITH, Clerk of Court